IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT J. LEAK,
Administrator of the Estate of Frances Leak                                                PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:15CV7-SA-DAS

RUBY TUESDAY, INC.                                                                          DEFENDANT

ORDER SUBSTITUTING PARTY PLAINTIFF

This matter is before the court on the plaintiff's suggestion of death and motion to substitute parties. The original plaintiff in this action, Frances Leak, died on April 28, 2015. Robert J. Leak has been appointed the administrator of her estate and should be substituted as the plaintiff in this action.

IT IS ORDERED that Robert J. Leak, administrator of the Estate of Frances Leak, should be and he is hereby substituted as the plaintiff in this action.

SO ORDERED this the 30th day of November, 2015.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE