IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROBERT J. LEAK                                                                                    PLAINTIFF
*as the Administrator of the Estate of*
FRANCES LEAK

V.                                                                    CIVIL ACTION NO. 1:15-CV-7-SA-DAS

RUBY TUESDAY, INC.                                                                            DEFENDANT

ORDER

For the reasons fully articulated in the separate Memorandum Opinion issued this day, the Court finds that the Plaintiff has failed to make a showing sufficient to establish the existence of several essential elements of his claims. *Celotex*, 477 U.S. at 322, 106 S. Ct. 2548. .

The Defendant's Motion for Summary Judgment [25] is GRANTED and this CASE is CLOSED.

**SO ORDERED on this the 20th day of May, 2016.**

                                                  /s/ Sharion Aycock
                                                  **UNITED STATES DISTRICT JUDGE**